JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No. 2:20-cv-10487-RGK-AS |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| 1612 Cahuenga, LLC et al., | |
| Defendant(s). | |

On December 28, 2020, an Order to Show Cause re Dismissal for Lack of Prosecution (OSC) was issued by the Court. A response to the OSC was due on or before January 5, 2021. As of this date, plaintiff has not filed a response to the OSC, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 12, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE